UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
COSTAR GROUP, INC. and COSTAR : 
REALTY INFORMATION, INC., : Case No. 1:25-cv-06248 (ER)
 :
Plaintiffs, : **NOTICE OF MOTION TO ADMIT**
 : **COUNSEL PRO HAC VICE**
v. :
 :
ZILLOW GROUP, INC. and ZILLOW, INC., :
 :
Defendants. :
 :
------------------------------------------------------- X

PLEASE TAKE NOTICE that upon the annexed declaration of Paul Goldstein in support of this Motion and the Certificate of Good Standing annexed thereto, defendants Zillow Group, Inc. and Zillow, Inc. ("Zillow") will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York for an Order admitting Paul Goldstein of the firm of Morrison & Foerster LLP, and a member in good standing of the Bars of the State of California and the State of New York, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Zillow.

Dated: San Francisco, CA
       September 29, 2025

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Paul Goldstein*
    Paul Goldstein
    425 Market Street
    San Francisco, CA 94105
    Telephone: 415-268-7000
    Facsimile: 415-268-7522
    Email: PGoldstein@mofo.com

*Attorneys for Defendants Zillow Group, Inc. and Zillow, Inc.*

MOFO-361112809