UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COSTAR GROUP, INC. and COSTAR REALTY INFORMATION, INC.,

    Plaintiffs,

v.

ZILLOW GROUP, INC. and ZILLOW, INC.,

    Defendants.

---

Case No. 1:25-cv-06248 (ER)

**DECLARATION OF PAUL GOLDSTEIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Paul Goldstein, hereby declare:

1. I am of counsel with the law firm of Morrison & Foerster LLP.

2. I submit this declaration in support of the motion for my admission *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the State of California and the State of New York.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings in any state or federal court.

7. I respectfully request admission *pro hac vice* to appear as counsel in this matter for defendants Zillow Group, Inc. and Zillow, Inc.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2025
San Francisco, CA

By: <u>  */s/ Paul Goldstein*  </u>
Paul Goldstein

MOFO-361112817