UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
COSTAR GROUP, INC., and COSTAR
REALTY INFORMATION, INC.,

                Plaintiffs,

      v.

ZILLOW GROUP, INC., and ZILLOW, INC.,

                Defendants.
---------------------------------------------------------- X

No. 1:25-cv-06248 (ER)

Hon. Edgardo Ramos

## DECLARATION OF JOHN LANHAM IN SUPPORT OF ZILLOW GROUP, INC. AND ZILLOW, INC.'S MOTION TO TRANSFER VENUE

I, John Lanham, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP and am counsel for Defendants Zillow Group, Inc. and Zillow, Inc.'s (collectively "Zillow") in this case. I am a member in good standing of the California bar and am admitted *pro hac vice* in this matter. I make this declaration based on personal knowledge and, if called as a witness, I would testify competently to the facts listed below.

2. Based on my review of information publicly available via CoStar Group's LinkedIn.com "People" data, 4% of CoStar Group's U.S. employees are in the "New York City Metropolitan Area." Based on this data, 46.7% of CoStar Group's U.S. employees in the Virginia and Washington D.C.-Baltimore area, with another 18% in California.

3. According to CoStar's website, https://www.costar.com/contact, among other locations, CoStar has an office at 1420 Fifth Ave in Seattle, Washington and an office at 55 W 46th Street in New York City, New York.

4. Based on my team's preliminary analysis, CoStar's complaint identifies 5,598 rental listing addresses.

5. My team has also performed a preliminary analysis of the number of these property addresses that are associated with zip codes within the Southern District of New York, and I understand that 47 addresses (approximately 0.84% of the total addresses) are so associated.

6. Based on data from LexisNexis' LexMachina legal analytics tool as of October 26, 2025, this Court currently has 432 open cases. Based on this same data, Western District of Washington judges have an average case load of about 150 open cases, when excluding three senior judges with the smallest dockets. Further, based on LexMachina, from 2020 through 2025, the average time to trial in the Southern District of New York is 1,441 days and the average time to trial in the Western District of Washington is 696 days. Similarly, LexMachina data for 2020 through 2025 shows that cases in the Southern District of New York average 755 days to summary judgment filings and 216 days for resolution of summary judgment motions, while cases in the Western District of Washington average 482 days to summary judgment filings and 84 days for resolution of summary judgment motions. Attached to this Declaration as Exhibit 1 is the LexMachina data underlying these figures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of November 2025, in San Diego, California.

/s/ *John R. Lanham*
John R. Lanham