# EXHIBIT 1

Courts & Judges   Counsel   Parties   Federal   State   Specialty   Quick Tools

Help   aschroth@mofo.com

Ask Protégé™ in Lex Machina an analytics question

## U.S. District Court for the Southern District of New York S.D.N.Y.

Overview   **Judges**   Federal District:   Cases   Documents   Findings   Motion Metrics   Damage Awards

## Judges Assigned to This Court

| Name | # of Open Cases | # of Cases in this Court | # of Cases | Appointed | Retired |
|---|---|---|---|---|---|
| Laura Taylor Swain | 589 | 6,702 | 6,733 | 2000-07-11 | |
| Jennifer Hutchison Rearden | 479 | 1,450 | 1,450 | 2022-10-07 | |
| Vernon Speede Broderick | 453 | 4,607 | 4,607 | 2013-09-10 | |
| Andrew Lamar Carter Jr. | 437 | 4,540 | 4,541 | 2011-12-08 | |
| Edgardo Ramos | 432 | 4,760 | 4,760 | 2011-12-06 | |
| George B. Daniels | 418 | 4,019 | 4,019 | 2000-03-09 | |
| Analisa Nadine Torres | 380 | 4,374 | 4,374 | 2013-04-23 | |
| Lewis Jeffrey Liman | 370 | 2,504 | 2,505 | 2019-12-31 | |
| Nelson Stephen Román | 353 | 3,153 | 3,153 | 2013-05-13 | |
| Kenneth M. Karas | 336 | 4,333 | 4,333 | 2004-06-13 | |
| Margaret M. Garnett | 333 | 874 | 874 | 2024-01-09 | |
| Paul Adam Engelmayer | 329 | 5,542 | 5,542 | 2011-07-27 | |
| John George Koeltl | 322 | 5,239 | 5,239 | 1994-08-10 | |
| Mary Kay Vyskocil | 322 | 2,510 | 2,510 | 2019-12-20 | |
| Katherine Polk Failla | 320 | 4,140 | 4,140 | 2013-03-05 | |
| Dale Edwin Ho | 312 | 962 | 962 | 2023-08-18 | |
| Ronnie Abrams | 307 | 4,199 | 4,748 | 2012-03-23 | |

| Name | # of Open Cases | # of Cases in this Court | # of Cases | Appointed | Retired |
|---|---|---|---|---|---|
| Jeannette Anne Vargas | 306 | 587 | 587 | 2024-11-06 | |
| Gregory Howard Woods III | 301 | 4,014 | 4,014 | 2013-11-18 | |
| John Peter Cronan | 295 | 2,279 | 2,279 | 2020-08-10 | |
| James Paul Oetken | 289 | 4,585 | 4,585 | 2011-07-20 | |
| Jessica Gloria Lynn Clarke | 272 | 981 | 981 | 2023-04-20 | |
| Jennifer Louise Rochon | 265 | 1,451 | 1,451 | 2022-06-13 | |
| Denise Cote | 257 | 4,394 | 4,394 | 1994-08-10 | |
| Arun Srinivas Subramanian | 246 | 946 | 946 | 2023-04-13 | |
| Cathy Seibel | 245 | 6,343 | 6,343 | 2008-07-30 | |
| Lewis A. Kaplan | 224 | 2,464 | 2,465 | 1994-08-10 | |
| Jesse Matthew Furman | 222 | 5,331 | 5,331 | 2012-02-17 | |
| Philip Morgan Halpern | 217 | 1,734 | 1,734 | 2020-02-21 | |
| Loretta A. Preska | 179 | 4,543 | 4,543 | 1992-08-12 | |
| Lorna Gail Schofield | 172 | 4,056 | 4,056 | 2012-12-13 | |
| Valerie Elaine Caproni | 162 | 3,864 | 3,865 | 2013-12-02 | |
| Paul G. Gardephe | 160 | 4,434 | 4,435 | 2008-08-08 | |
| Naomi Reice Buchwald | 159 | 2,971 | 2,971 | 1999-09-22 | |
| P. Kevin Castel | 158 | 3,527 | 3,527 | 2003-09-22 | |
| Colleen McMahon | 155 | 6,170 | 6,170 | 1998-10-22 | |
| Alvin K. Hellerstein | 117 | 15,011 | 15,011 | 1998-10-22 | |
| Victor Marrero | 115 | 2,189 | 2,189 | 1999-10-05 | |
| Louis Lee Stanton | 109 | 1,639 | 1,639 | 1985-07-18 | |
| Jed Saul Rakoff | 100 | 3,735 | 3,739 | 1996-01-04 | |
| Alison Julie Nathan | 39 | 3,260 | 3,260 | 2011-10-17 | 2022-03-31 |
| Vincent Louis Briccetti | 39 | 3,233 | 3,233 | 2011-04-14 | |
| Sidney H. Stein | 32 | 1,331 | 1,340 | 1995-03-17 | |
| Paul Austin Crotty | 29 | 2,768 | 2,768 | 2005-04-15 | |
| Kimba Maureen Wood | 18 | 526 | 526 | 1988-04-20 | |

| Name | # of Open Cases | # of Cases in this Court | # of Cases | Appointed | Retired |
|---|---|---|---|---|---|
| Richard M. Berman | 16 | 1,205 | 1,205 | 1998-10-22 | |
| Charles Sherman Haight Jr. | 16 | 12 | 954 | 1976-03-29 | |
| Katherine Bolan Forrest | 14 | 2,279 | 2,280 | 2011-10-17 | 2018-09-11 |
| Thomas Poole Griesa | 14 | 1,301 | 1,301 | 1972-06-30 | 2017-12-24 |
| John Fontaine Keenan | 12 | 1,807 | 1,807 | 1983-09-20 | 2024-10-27 |
| Shira A. Scheindlin | 10 | 2,162 | 2,174 | 1994-09-29 | 2016-04-29 |
| Richard Joseph Sullivan | 9 | 2,772 | 2,776 | 2007-08-01 | 2018-10-25 |
| Deborah A. Batts | 8 | 1,888 | 1,888 | 1994-05-09 | 2020-02-03 |
| Robert Workman Sweet | 6 | 1,673 | 1,673 | 1978-04-28 | 2019-03-24 |
| Gerard Louis Goettel | 5 | 2 | 15 | 1976-03-30 | 2011-12-19 |
| William H. Pauley III | 3 | 2,379 | 2,379 | 1998-10-22 | 2021-07-06 |
| Denny Chin | 3 | 440 | 457 | 1994-08-10 | 2010-04-26 |
| Charles L. Brieant Jr. | 3 | 67 | 67 | 1971-07-29 | 2008-07-20 |
| Shirley Wohl Kram | 2 | 14 | 14 | 1983-03-02 | 2009-08-21 |
| Leonard Burke Sand | 1 | 464 | 464 | 1978-05-19 | 2016-12-03 |
| John Emilio Sprizzo | 1 | 36 | 36 | 1981-09-28 | 2008-12-16 |
| Barbara S. Jones | 0 | 1,147 | 1,147 | 1995-12-26 | 2013-01-04 |
| Harold Baer Jr. | 0 | 982 | 984 | 1994-08-10 | 2014-05-27 |
| Richard J. Holwell | 0 | 801 | 801 | 2003-09-22 | 2012-02-07 |
| Stephen C. Robinson | 0 | 592 | 592 | 2003-09-22 | 2010-08-11 |
| Miriam Goldman Cedarbaum | 0 | 525 | 525 | 1986-03-04 | 2016-02-05 |
| Robert Porter Patterson Jr. | 0 | 411 | 411 | 1988-10-06 | 2015-04-21 |
| Lawrence M. McKenna | 0 | 263 | 263 | 1990-04-30 | 2023-02-03 |
| Gerard E. Lynch | 0 | 262 | 262 | 2000-05-25 | 2009-09-21 |
| Peter Keeton Leisure | 0 | 135 | 135 | 1984-06-15 | 2013-09-17 |
| William Curtis Conner | 0 | 107 | 108 | 1973-12-19 | 2009-07-09 |
| Kevin Thomas Duffy | 0 | 51 | 51 | 1972-10-17 | 2016-09-30 |

| Name | # of Open Cases | # of Cases in this Court | # of Cases | Appointed | Retired |
|---|---|---|---|---|---|
| Richard Owen | 0 | 40 | 40 | 1973-12-19 | 2015-11-20 |
| Richard Conway Casey | 0 | 23 | 23 | 1997-10-24 | 2007-03-22 |
| Michael B. Mukasey | 0 | 22 | 22 | 1987-11-09 | 2006-09-09 |
| Robert Lee Carter | 0 | 19 | 20 | 1972-07-25 | 2012-01-03 |
| Morris Edward Lasker | 0 | 1 | 17 | 1968-06-24 | 2009-12-25 |
| John S. Martin Jr. | 0 | 12 | 12 | 1990-04-06 | 2003-09-30 |
| Allen G. Schwartz | 0 | 10 | 10 | 1993-11-22 | 2003-03-22 |
| Barrington Daniels Parker Jr. | 0 | 7 | 7 | 1994-09-15 | 2001-10-18 |
| Percy Whitman Knapp | 0 | 3 | 3 | 1972-06-30 | 2004-06-14 |
| David Norton Edelstein | 0 | 2 | 2 | 1952-04-08 | 2000-08-19 |
| Charles Miller Metzner | 0 | 1 | 1 | 1959-09-10 | 2009-11-30 |
| Milton Pollack | 0 | 1 | 1 | 1967-06-12 | 2004-08-13 |
| Robert Joseph Ward | 0 | 1 | 1 | 1972-10-17 | 2003-08-05 |

Note: Table includes District Judges assigned to this district from 2000 to today, as reported by the Federal Judicial Center. Case counts are derived from all federal district court cases.

## District Judges Assigned to Other Districts

| Name | # of Open Cases | # of Cases in this Court | # of Cases |
|---|---|---|---|
| James Parker Jones | 2 | 3 | 3 |
| J. Frederick Motz | 0 | 81 | 81 |
| William G. Young | 0 | 59 | 59 |
| Warren William Eginton | 0 | 38 | 38 |
| Samuel Conti | 0 | 28 | 28 |
| James S. Gwin | 0 | 25 | 25 |
| Marvin E. Aspen | 0 | 24 | 24 |
| Thomas Samuel Zilly | 0 | 15 | 15 |
| Frederick Pfarr Stamp Jr. | 0 | 13 | 13 |
| Donald Ellsworth Walter | 0 | 10 | 10 |

| Name | # of Open Cases | # of Cases in this Court | # of Cases |
| --- | --- | --- | --- |
| Kathryn Hoefer Vratil | 0 | 7 | 7 |
| Richard Gaylore Stearns | 0 | 7 | 7 |
| James Martin Munley | 0 | 6 | 6 |
| James L. Graham | 0 | 5 | 5 |
| Bernard A. Friedman | 0 | 4 | 4 |
| Michael M. Baylson | 0 | 4 | 4 |
| Janet C. Hall | 0 | 3 | 3 |
| Michelle Williams Court | 0 | 3 | 3 |
| Rudolph Thomas Randa | 0 | 3 | 3 |
| David Hittner | 0 | 3 | 3 |
| Brian Mark Cogan | 0 | 2 | 2 |
| James Michael Rosenbaum | 0 | 2 | 2 |
| Leigh Martin May | 0 | 2 | 2 |
| John Garvan Murtha | 0 | 1 | 1 |
| Pamela Ki Mai Chen | 0 | 1 | 1 |
| Jon Phipps McCalla | 0 | 1 | 1 |
| Marilyn Hall Patel | 0 | 1 | 1 |
| Manuel Lawrence Real | 0 | 1 | 1 |
| Eduardo C. Robreno | 0 | 1 | 1 |
| Indira Talwani | 0 | 1 | 1 |
| Victoria A. Roberts | 0 | 1 | 1 |
| Ann Marie Donnelly | 0 | 1 | 1 |
| Evan Jonathan Wallach | 0 | 1 | 1 |
| Robert Lewis Hinkle | 0 | 1 | 1 |
| Fern M. Smith | 0 | 1 | 1 |
| Joseph Frank Bianco | 0 | 1 | 1 |
| Larry Alan Burns | 0 | 1 | 1 |
| Raymond Joseph Dearie | 0 | 1 | 1 |

| Name | # of Open Cases | # of Cases in this Court | # of Cases |
|---|---|---|---|
| Margo Kitsy Brodie | 0 | 1 | 1 |

Note: Table includes District Judges who were not assigned to this district but who have presided over at least one case in this district.

## Magistrate Judges

| Name | # of Open Cases | # of Cases in this Court | # of Cases |
|---|---|---|---|
| Gary R Jones | 41,637 | 0 | 327,038 |
| Sarah Netburn | 516 | 2,762 | 2,762 |
| Valerie Figueredo | 241 | 752 | 752 |
| Ona T Wang | 238 | 1,573 | 1,573 |
| Robert W Lehrburger | 237 | 1,703 | 1,703 |
| Jennifer E Willis | 233 | 739 | 739 |
| Katharine H Parker | 185 | 1,761 | 1,761 |
| Henry J Ricardo | 180 | 317 | 317 |
| Gary Stein | 178 | 525 | 525 |
| Sarah L Cave | 177 | 1,267 | 1,267 |
| Barbara Carol Moses | 173 | 1,834 | 1,834 |
| Stewart D Aaron | 170 | 1,580 | 1,580 |
| Robyn F Tarnofsky | 151 | 437 | 437 |
| Gabriel W Gorenstein | 148 | 2,802 | 2,802 |
| Judith C McCarthy | 103 | 1,063 | 1,063 |
| Victoria Reznik | 101 | 329 | 329 |
| Andrew E Krause | 83 | 555 | 555 |
| James L Cott | 55 | 3,328 | 3,328 |
| Debra Carol Freeman | 47 | 2,496 | 2,496 |
| Kevin Nathaniel Fox | 31 | 2,169 | 2,169 |
| Paul E Davison | 25 | 1,290 | 1,290 |
| Henry B Pitman | 12 | 1,951 | 1,951 |
| Frank S Maas | 7 | 1,226 | 1,226 |

| Name | # of Open Cases | # of Cases in this Court | # of Cases |
|---|---|---|---|
| James C Francis IV | 6 | 1,688 | 1,688 |
| Lisa Margaret Smith | 5 | 1,173 | 1,173 |
| Ronald L Ellis | 4 | 1,637 | 1,640 |
| Andrew Jay Peck | 3 | 1,276 | 1,277 |
| George A Yanthis | 1 | 424 | 424 |
| Douglas F Eaton | 1 | 80 | 80 |
| Kathleen A Roberts | 1 | 1 | 1 |
| Michael H Dolinger | 0 | 1,188 | 1,188 |
| Theodore H Katz | 0 | 594 | 594 |
| Martin R Goldberg | 0 | 0 | 56 |
| Mark D Fox | 0 | 27 | 27 |
| Naomi R Buchwald | 0 | 3 | 3 |
| Kim P Berg | 0 | 0 | 0 |
| Sol Schreiber | 0 | 0 | 0 |

Note: Table includes Magistrate Judges assigned to this district, as reported by the Administrative Office of the U.S. Courts.



Courts & Judges   Counsel   Parties   Federal   State   Specialty   Quick Tools

Help   aschroth@mofo.com

Ask Protégé™ in Lex Machina an analytics question



# U.S. District Court for the Western District of Washington W.D.Wash.

Overview | **Judges** | Federal District: | Cases | Documents | Findings | Motion Metrics | Damage Awards

## Judges Assigned to This Court

| Name | # of Open Cases | # of Cases in this Court | # of Cases | Appointed | Retired |
|---|---|---|---|---|---|
| Tana Lin | 198 | 906 | 906 | 2021-11-23 | |
| Jamal Norman Whitehead | 191 | 609 | 609 | 2023-03-14 | |
| Lauren Jennifer King | 185 | 850 | 859 | 2021-12-07 | |
| Richard A. Jones | 184 | 3,901 | 3,901 | 2007-10-29 | |
| Ricardo S. Martinez | 180 | 3,987 | 3,987 | 2004-06-16 | |
| John Hyungseung Chun | 177 | 787 | 787 | 2022-03-30 | |
| Benjamin Hale Settle | 174 | 3,376 | 3,376 | 2007-07-02 | |
| Kymberly Kathryn Evanson | 171 | 518 | 518 | 2023-07-18 | |
| James L. Robart | 163 | 3,520 | 3,525 | 2004-06-21 | |
| David Estudillo | 163 | 824 | 824 | 2021-10-07 | |
| Tiffany Mae Cartwright | 160 | 535 | 538 | 2023-07-18 | |
| John C. Coughenour | 136 | 3,642 | 3,687 | 1981-09-28 | |
| Barbara Jacobs Rothstein | 115 | 1,200 | 1,671 | 1980-02-20 | |
| Robert S. Lasnik | 112 | 3,409 | 3,409 | 1998-10-22 | |
| Marsha J. Pechman | 96 | 2,872 | 2,890 | 1999-09-09 | |
| Thomas Samuel Zilly | 77 | 2,520 | 2,536 | 1988-04-20 | |

| Name | # of Open Cases | # of Cases in this Court | # of Cases | Appointed | Retired |
|---|---|---|---|---|---|
| Robert Jensen Bryan | 12 | 1,590 | 1,658 | 1986-05-07 | |
| Ronald B. Leighton | 2 | 2,372 | 2,379 | 2002-11-26 | 2020-08-31 |
| Franklin D. Burgess | 0 | 91 | 91 | 1994-03-28 | 2010-03-26 |
| Walter Thomas McGovern | 0 | 49 | 49 | 1971-04-23 | 2021-07-08 |

Note: Table includes District Judges assigned to this district from 2000 to today, as reported by the Federal Judicial Center. Case counts are derived from all federal district court cases.

## District Judges Assigned to Other Districts

| Name | # of Open Cases | # of Cases in this Court | # of Cases |
|---|---|---|---|
| Stanley Allen Bastian | 2 | 17 | 17 |
| Michelle Williams Court | 0 | 4 | 4 |
| Robert H. Whaley | 0 | 4 | 4 |
| Philip Martin Pro | 0 | 3 | 3 |
| Frederick L. Van Sickle | 0 | 3 | 3 |
| Lonny R. Suko | 0 | 3 | 3 |
| Donald W. Molloy | 0 | 2 | 2 |
| Edward F. Shea | 0 | 2 | 2 |
| Sharon Louise Gleason | 0 | 2 | 2 |
| S. James Otero | 0 | 2 | 2 |
| Leigh Martin May | 0 | 2 | 2 |
| Eduardo C. Robreno | 0 | 2 | 2 |
| Arthur Lawrence Alarcón | 0 | 1 | 1 |
| Cindy K. Jorgenson | 0 | 1 | 1 |
| M. Margaret McKeown | 0 | 1 | 1 |
| Jeffrey T. Miller | 0 | 1 | 1 |
| Sandra Segal Ikuta | 0 | 1 | 1 |
| Charles R. Weiner | 0 | 1 | 1 |
| Michael H. Simon | 0 | 1 | 1 |

| Name | # of Open Cases | # of Cases in this Court | # of Cases |
|---|---|---|---|
| William Fremming Nielsen | 0 | 1 | 1 |
| Michael Robert Hogan | 0 | 1 | 1 |
| Ancer Lee Haggerty | 0 | 1 | 1 |
| Garr M. King | 0 | 1 | 1 |

Note: Table includes District Judges who were not assigned to this district but who have presided over at least one case in this district.

## Magistrate Judges

| Name | # of Open Cases | # of Cases in this Court | # of Cases |
|---|---|---|---|
| Michelle L Peterson | 169 | 963 | 963 |
| Brian A Tsuchida | 166 | 1,568 | 1,568 |
| Theresa L Fricke | 165 | 869 | 869 |
| S Kate Vaughan | 154 | 675 | 675 |
| David W Christel | 130 | 846 | 847 |
| Grady J Leupold | 122 | 344 | 344 |
| Mary Alice Theiler | 5 | 927 | 927 |
| J Richard Creatura | 2 | 493 | 494 |
| James P Donohue | 1 | 634 | 634 |
| David E Wilson | 1 | 1 | 1 |
| Karen L Strombom | 0 | 164 | 164 |
| J Kelley Arnold | 0 | 23 | 23 |
| Monica J Benton | 0 | 11 | 11 |
| Paula L McCandlis | 0 | 3 | 3 |
| John L Weinberg | 0 | 1 | 1 |
| Dean R Brett | 0 | 0 | 0 |
| Ira J Uhrig | 0 | 0 | 0 |

Note: Table includes Magistrate Judges assigned to this district, as reported by the Administrative Office of the U.S. Courts.



Courts & Judges  Counsel  Parties  Federal  State  Specialty  Quick Tools

Help     aschroth@mofo.com

Ask Protégé™ in Lex Machina an analytics question

**U.S. District Court for the Southern District of New York** S.D.N.Y.

Overview  Judges  **Federal District:** Cases  Documents  Findings  Motion Metrics  Damage Awards

Showing **67,263** federal district court cases in S.D.N.Y.;  pending between 2020-01-01 and 2025-10-26 .

Search cases, documents, and docket entry text

Search Syntax Guide

▼ Case Status
- ● All
- ○ Open 9,893
- ○ Terminated 57,370

▶ Case Types
▶ Case Tags
▶ Filed On
▼ Pending

From
2020-01-01

To

▶ Terminated
▶ Trial Date
▶ Last Docket Date
▶ Docket Entry Count
▶ Party Industry
▶ Party NAICS
▶ Party Employee Count
▶ Party HQ Country
▶ District Judges
▶ Magistrate Judges
▶ Case Resolutions
▶ Appellate Decisions
▶ Damage Types
▶ Damages Awarded Date
▶ Remedies
▶ Antitrust Findings
▶ Bankruptcy Findings
▶ Bankruptcy Appeals Issues
▶ Civil Rights Findings
▶ Consumer Protection Findings
▶ Contracts Findings
▶ Copyright Findings
▶ ERISA Findings

Show:
- ☑ Slider
- ☑ Labels
- ☐ Outliers



| Event | Cases Reaching Event | Median Days from Case Filing to Order |
|---|---|---|
| Temporary Restraining Order (Grant) | 584 | 13 |
| Temporary Restraining Order (Deny) | 116 | 24 |
| Preliminary Injunction (Grant) | 693 | 32 |
| Preliminary Injunction (Deny) | 334 | 101 |
| Permanent Injunction (Grant) | 1,024 | 296 |
| Permanent Injunction (Deny) | 30 | 446 |
| Dismiss (Contested) | 7,115 | 313 |
| FLSA Conditional Certification | 300 | 369 |
| Class Certification | 371 | 848 |
| Claim Construction Hearing | 35 | 454 |

Show More Events

🎓 Understanding Timing Analytics

## Case List

Customize Columns

Order by: most recent docket activity

Prev  1  2  3  4  …  2,691  Next

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Allah-El v. Allied Universal Security et al | 1:25-cv-08101 | Employment | S.D.N.Y. | 2025-09-30 | 2025-10-25 | — |
| DB INSURANCE CO. LTD. et al v. MSC Mediterranean Shipping Company, S.A. et al | 1:25-cv-08841 | Uncategorized Case | S.D.N.Y. | 2025-10-24 | 2025-10-24 | — |
| Gibbons III v. Schwartz et al | 1:25-cv-08822 | Uncategorized Case | S.D.N.Y. | 2025-10-24 | 2025-10-24 | — |
| Castaldi v. DocGo Inc. d/b/a Ambulnz By DocGo | 1:25-cv-08842 | Employment | S.D.N.Y. | 2025-10-24 | 2025-10-24 | — |

Courts & Judges   Counsel   Parties   Federal   State   Specialty   Quick Tools

Help          aschroth@mofo.com

Ask Protégé™ in Lex Machina an analytics question

**U.S. District Court for the Western District of Washington** W.D.Wash.

Overview | Judges | **Federal District:** Cases | Documents | Findings | Motion Metrics | Damage Awards

Showing **13,909** federal district court cases in W.D.Wash.;   pending between 2020-01-01 and 2025-10-26 .

Search cases, documents, and docket entry text

 Search Syntax Guide

▼ Case Status
 ● All
 ○ Open  2,315
 ○ Terminated  11,594

▶ Case Types
▶ Case Tags
▶ Filed On
▼ Pending

From
2020-01-01

To


▶ Terminated
▶ Trial Date
▶ Last Docket Date
▶ Docket Entry Count
▶ Party Industry
▶ Party NAICS
▶ Party Employee Count
▶ Party HQ Country
▶ District Judges
▶ Magistrate Judges
▶ Case Resolutions
▶ Appellate Decisions
▶ Damage Types
▶ Damages Awarded Date
▶ Remedies
▶ Antitrust Findings
▶ Bankruptcy Findings
▶ Bankruptcy Appeals Issues
▶ Civil Rights Findings
▶ Consumer Protection Findings
▶ Contracts Findings
▶ Copyright Findings
▶ ERISA Findings

Show:
- ☑ Slider
- ☑ Labels
- ☐ Outliers



| Event | Cases Reaching Event | Median Days from Case Filing to Order |
|---|---|---|
| ☐ Temporary Restraining Order (Grant) | 68 | 5 |
| ☐ Temporary Restraining Order (Deny) | 127 | 15 |
| ☐ Preliminary Injunction (Grant) | 67 | 63 |
| ☐ Preliminary Injunction (Deny) | 75 | 123 |
| ☐ Permanent Injunction (Grant) | 198 | 448 |
| ☐ Permanent Injunction (Deny) | 18 | 480 |
| ☐ Dismiss (Contested) | 2,145 | 187 |
| ☐ FLSA Conditional Certification | 14 | 448 |
| ☐ Class Certification | 115 | 684 |
| ☐ Claim Construction Hearing | 21 | 443 |

Show More Events

🎓 Understanding Timing Analytics

## Case List

Customize Columns

Order by: most recent docket activity

Prev  1  2  3  4  ...  557  Next

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| McNamara v. COALITION FOR THE COMMON GOOD | 3:25-cv-05954 | Uncategorized Case | W.D.Wash. | 2025-10-24 | 2025-10-24 | — |
| Good Life Wholesale LLC v. Rico Jiao | 2:25-cv-02099 | Patent | W.D.Wash. | 2025-10-24 | 2025-10-24 | — |
| Johnson v. Garrison Property and Casualty Insurance Company et al | 2:25-cv-02097 | Insurance | W.D.Wash. | 2025-10-24 | 2025-10-24 | — |
| Yousufi v. Wamsley et al | 2:25-cv-02098 | Uncategorized Case | W.D.Wash. | 2025-10-24 | 2025-10-24 | — |
| Kelly v. Ashley Stewart Inc et al | 2:25-cv-02094 | Uncategorized Case | W.D.Wash. | 2025-10-24 | 2025-10-24 | — |

Courts & Judges  Counsel  Parties  Federal  State  Specialty  Quick Tools

Help    aschroth@mofo.com

Ask Protégé™ in Lex Machina an analytics question

**U.S. District Court for the Southern District of New York** S.D.N.Y.

Overview | Judges | **Federal District:** Cases | Documents | Findings | **Motion Metrics** | Damage Awards

Showing **5,755** federal motion chains in S.D.N.Y.;   not with Dismiss (Contested), Dismiss (Uncontested), Stay, Stay Pending ITC, Stay Pending PTAB, Stay Pending USPTO, or Transfer as motion types ;   filed between 2020-01-01 and 2025-10-26 .

Search motion chains and document text

Search Syntax Guide

▸ Motion Chain Status
▾ Motion Filed On

From
2020-01-01

To
2025-10-26

▸ Order Issued On
▸ Motion Types
▸ Motion Chain Outcomes
▸ Motion Chain Elements
▸ Case Role of Filing Party
▸ District Judges
▸ Magistrate Judges
▸ Courts
▸ Case Types
▸ Case Tags

Reset

Apply

Analytics:  Motion Types   Judges   Courts   **Timing**

**Export Complete**
5,755 Federal Motion Chains

### Time from Opening Motion to Order

These timing analytics reflect the time from the filing of the opening motion to the order resolving the motion.

Show:
- ☑ Slider
- ☑ Labels
- ☐ Outliers



- ☑ **Summary Judgment**
  2,309 chains
  Median: 216 days

🎓 Understanding Timing Analytics

## Motion Chain List

Order by

textual relevance ▼

Prev  1  2  3  4  ...  231  Next

---

**Summary Judgment**

**Motion Filed:** 2022-09-01

↪ **806 Opening:** Barclays PLC, Citibank, N.A., The Royal Bank of Scotland Group PLC, Citigroup, Inc., JPMorgan Chase Bank, N.A., Bank of America, N.A., JPMorgan Chase & Co., HSBC Bank USA, N.A., Barclays Capital Inc., HSBC North American Holdings, Inc., and Citicorp

  ↩ **815 Response**
  ↩ **817 Response**
  ↩ **818 Response:** John Nypl, et al.
  ↩ **820 Response:** John Nypl, et al.
  ↩ **822 Response:** John Nypl, et al.
  ↩ **824 Response:** John Nypl, et al.
  ↪ **826 Reply:** Barclays PLC, Citibank, N.A., The Royal Bank of Scotland Group PLC, Citigroup, Inc., JPMorgan Chase Bank, N.A., Bank of America, N.A., JPMorgan Chase & Co., HSBC Bank USA, N.A., Barclays Capital Inc., HSBC North American Holdings, Inc., and Citicorp
  ↪ **827 Reply:** Barclays PLC, Citibank, N.A., The Royal Bank of Scotland Group PLC, Citigroup, Inc., JPMorgan Chase Bank, N.A., Bank of America, N.A., JPMorgan Chase & Co., HSBC Bank USA, N.A., Barclays Capital Inc., HSBC North American Holdings, Inc., and Citicorp
  ↪ **828 Reply:** Barclays PLC, and The Royal Bank of Scotland Group PLC
  ↪ **829 Reply:** Barclays PLC, and The Royal Bank of Scotland Group PLC
  ↩ **834 Surreply:** John Nypl, et al.
  ↩ **845 Response:** John Nypl, et al.
  ↩ **848 Response:** Go Everywhere, Inc., Lisa McCarthy, Valarie Jolly, John Nypl, et al., and Mad Travel, Inc.
  ↩ **849 Response:** John Nypl, et al., Lisa McCarthy, Valarie Jolly, and Mad Travel, Inc.
  ↪ **851 Reply:** Barclays PLC, and The Royal Bank of Scotland Group PLC
  ↪ **853 Reply:** Barclays PLC, Citibank, N.A., The Royal Bank of Scotland Group PLC, Citigroup, Inc., JPMorgan Chase Bank, N.A., Bank of America, N.A., JPMorgan Chase & Co., HSBC Bank USA, N.A., Barclays Capital Inc., HSBC North American Holdings, Inc., and Citicorp

  An order could not be identified for this motion

[Nypl v. JP Morgan Chase & Co. et al](#)

**S.D.N.Y.** 1:15-cv-09300

Antitrust   Class Action

Order re: Summary Judgment   Class Action   Order re: Dismiss (Contested)   Order re: Class Certification   Appealed

---

**Summary Judgment**  ✗ **Deny**

Issued By: **Judge Gorenstein**



**Export Complete**

[5,755 Federal Motion Chains](#)

Courts & Judges  Counsel  Parties  Federal  State  Specialty  Quick Tools

Help    aschroth@mofo.com

Ask Protégé™ in Lex Machina an analytics question

**U.S. District Court for the Western District of Washington** W.D.Wash.

Overview | Judges | **Federal District:** Cases | Documents | Findings | **Motion Metrics** | Damage Awards

Showing **16,588** federal motion chains in W.D.Wash.;  filed between 2020-01-01 and 2025-10-26 .

Search motion chains and document text

Search Syntax Guide

▼ Motion Chain Status
- ● All
- ○ Open 1,935
- ○ Resolved 10,687

▼ Motion Filed On

From
2020-01-01

To
2025-10-26

▶ Order Issued On
▶ Motion Types
▶ Motion Chain Outcomes
▶ Motion Chain Elements
▶ Case Role of Filing Party
▶ District Judges
▶ Magistrate Judges
▶ Courts
▶ Case Types
▶ Case Tags

Reset

Apply

**Analytics:**  Motion Types  Judges  Courts  **Timing**

### Time from Opening Motion to Order

These timing analytics reflect the time from the filing of the opening motion to the order resolving the motion.

Show:

- ☑ Slider
- ☑ Labels
- ☐ Outliers



☑ **Summary Judgment**
1,911 chains
Median: 84 days

| Motion Type | Orders | Median Days from Motion Filing to Order |
|---|---|---|
| ☐ Dismiss (Contested) | 2,631 | 81 |
| ☐ Dismiss (Uncontested) | 4,341 | 1 |
| ☐ Stay | 1,587 | 3 |
| ☐ Stay Pending ITC | 1 | n/a |
| ☐ Stay Pending PTAB | 23 | 27 |
| ☐ Stay Pending USPTO | 5 | n/a |
| ☐ Transfer | 188 | 38 |

🎓 Understanding Timing Analytics

## Motion Chain List

**Order by**

[ textual relevance ▼ ]

Prev  1  2  3  4  …  664  Next

---

**Stay**  ✓ **Grant**

Issued By: **Judge Robart**

**Motion Filed:** 2022-06-14
**Order Issued:** 2022-06-15 (1 day)

⚑ 6 **Stipulation**: Ur M. Jaddou, United States Department of Homeland Security, Alejandro Mayorkas, United States Citizenship and Immigration Services, Merrick B. Garland, and Anne Arries Corsano
⚖ 7 **Order to Stay**, Issued By: James L. Robart (JLR), Outcome: Grant

**Sowe v. Garland et al**

W.D.Wash. 2:22-cv-00592

Uncategorized Case

Immigration   APA

---

**Dismiss (Uncontested)**  ✓ **Grant**

Issued By: **Judge Robart**

**Motion Filed:** 2022-08-19
**Order Issued:** 2022-08-19

⚑ 8 **Stipulation**: Ur M. Jaddou, United States Department of Homeland Security, Alejandro Mayorkas, United States Citizenship and Immigration Services, Merrick B. Garland, and Anne Arries Corsano