UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,

          Plaintiffs,

   v.

ZILLOW GROUP, INC., and ZILLOW, INC.,

          Defendants.
------------------------------------------------------- X

No. 1:25-cv-06248 (ER)

Hon. Edgardo Ramos

# **DECLARATION OF ERICA RASMUSSEN IN SUPPORT OF ZILLOW GROUP, INC. AND ZILLOW, INC.'S MOTION TO TRANSFER VENUE**

I, Erica Rasmussen, hereby declare as follows:

1. I submit this declaration in support of Defendants Zillow Group, Inc. and Zillow, Inc.'s (collectively "Zillow") Motion to Transfer Venue. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I have worked for Zillow for over nine years from the Seattle, Washington region. I became the Product Operations Manager, Rentals in May 2018. In December 2018 I was promoted to Product Manager for Rentals Strategy. In June 2021, I was promoted to Product Manager for Rentals Technology. In February 2023, I was promoted to my current position, Senior Product Manager, which is within the rentals unit of Zillow. In 2020, I, like many Zillow employees, began to work remotely. I, like many Zillow employees, still live and work from the Seattle area and work from Zillow's Seattle headquarters from time to time. My responsibilities for Zillow have included product operations oversight for rental listings technology and aspects of off-market listing pages, which I understand CoStar describes as "unclaimed listing" pages.

3.      Zillow Group was founded in 2004 in Seattle, Washington. Zillow Group, Inc. is the ultimate parent entity of the Zillow Group and is a publicly-traded Washington corporation with its corporate headquarters and home office in Seattle. Zillow, Inc. is an indirect subsidiary of Zillow Group, Inc. and is a Washington corporation with its corporate headquarters and home office in Seattle.

4.      Zillow operates a nationwide real estate marketplace, including Zillow.com, Trulia, HotPads, and other affiliated platforms. I understand that the engineering and development of these websites did not take place in New York City. Zillow.com, Trulia, and HotPads contain a substantial majority of Zillow's total rental listings, as compared to StreetEasy and Out East. Zillow has well over two million active rental unit listings.

5.      Zillow's HR records reflect that more Zillow employees live in the Western District of Washington than any other region, followed closely by California. Zillow employs thousands of Washington residents. Less than 2% of Zillow employees reside in the Southern District of New York, and less than 5% of Zillow employees reside anywhere in New York State. The Seattle region, as compared to any other region, has the greatest concentration of individuals with involvement in Zillow's website features and development, and the Seattle region, as compared to any other region, has the greatest concentration of individuals who are responsible for Zillow's relevant business strategy, including corporate leadership, engineers, product managers, and other key employees.

6.      StreetEasy is a discrete business unit within Zillow. StreetEasy operates streeteasy.com, a website for sales and rentals in New York City and nearby New Jersey, as well as outeast.com, a website for sales and rentals in the Hamptons. Based on my personal investigation and confirmation with StreetEasy, the StreetEasy website does not contain these

features: (1) off-market listings that allow property owners to submit a "claim this property" inquiry to sales; (2) estimated (e.g., "Zestimate") rental values associated with property photographs; (3) automated reordering of the property photographs in a listing.

      7.     Attached to this declaration as Exhibit 1 is a true and correct copy of Zillow's Terms of Use.  Zillow's Terms of Use are accessible through a hyperlink that appears on almost every Zillow webpage.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of November, 2025, in Seattle, Washington.

_____
Erica Rasmussen